UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA TECHNICS SYSTEMS INC.,) et al., ) | |
| ) | No. C07-2277 WHA (BZ) |
| Plaintiff(s), ) | |
| ) | **INITIAL DISCOVERY ORDER** |
| v. ) | |
| ) | |
| WORDTECH SYSTEMS INC., et ) al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| _____) | |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the

1  Court **before** filing any discovery motions or other papers.

2  The party seeking discovery shall request a conference in a

3  letter served on all parties not exceeding two pages (with no

4  attachments) which briefly explains the nature of the action

5  and the issues in dispute.  Other parties may reply in similar

6  fashion within two days of receiving the letter requesting the

7  conference.  The Court will contact the parties to schedule

8  the conference.

9    After the conference with the Court, if filing papers is

10  deemed necessary, they should be filed **electronically** with the

11  Clerk's Office, with **one hard copy delivered directly to**

12  **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A

13  chambers copy of all briefs shall be submitted on a diskette

14  formatted in WordPerfect 6, 8, 9, 10 or WordPerfect X3.  All

15  briefs may also be e-mailed to the following address:

16  bzpo@cand.uscourts.gov

17  Dated: August 20, 2007

18

19                         Bernard Zimmerman
                  United States Magistrate Judge

20

21  G:\BZALL\-REFS\MEDIA TECHNICS\INITIAL DISCOVERY.ORD.wpd

22

23

24

25

26

27

28