UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIATECHNICS SYSTEMS, INC., a California corporation, and RICHARD D. WILSON, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>WORDTECH SYSTEMS, INC., a California corporation, COPYPRO, INC., a California corporation and DAVID MILLER, an individual<br><br>    Defendant<br><br>AND RELATED COUNTERCLAIM | Case No.: **C 07-02277 WHA  BZ**<br><br>~~[PROPOSED]~~ **ORDER RE: SCHEDULE FOR CLAIM CONSTRUCTION** |

After reviewing the Proposed Order RE: Schedule for Claim Construction filed by Plaintiff and Counter Defendants MEDIATECHNICS SYSTEMS, INC. and RICHARD D. WILSON, along with Defendants and Counterclaimants WORDTECH SYSTEMS, INC., COPYPRO, INC. and DAVID MILLER, the Court enters the following order:

**Patent Local Rule 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions**

Pursuant to Patent Local Rule 3-1, the "Disclosure of asserted Claims and Preliminary Infringement Contentions" was served on **August 30, 2007.**

ORDER RE: SCHEDULE FOR CLAIM CONSTRUCTION          1

**Patent Local Rule 3-3 Preliminary Invalidity Contentions**

Pursuant to Patent Local Rule 3-3, the "Preliminary Invalidity Contentions" is due to be served on or before **October 15, 2007**.

**Patent Local Rule 4-1 Exchange of Proposed Terms and Claim Elements for Construction**

Pursuant to Patent Local Rule 4-1, the exchange of claim terms, etc. will take place on or before **October 29, 2007**.

**Patent Local Rule 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence**

Pursuant to Patent Local Rule 4-2, the exchange shall take place on or before **November 19, 2007**.

**Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement**

Pursuant to Patent Local Rule 4-3, the parties shall file a Joint Claim Construction and Prehearing Statement on or before **December 17, 2007**.

**Patent Local Rule 4-5 Claim Construction Briefs**

Pursuant to Patent Local Rule 4-5, the party claiming patent infringement shall serve and file an opening brief and any evidence supporting its claim construction on or before **January 31, 2008**.

Opposing party shall serve and file its responsive brief and any supporting evidence on or before **February 15, 2008**.

The party claiming patent infringement shall serve and file any reply brief and any supporting evidence on or before **February 28, 2008**.

//

REVIEWED AND STIPULATED TO BY:

_____
Daniel R. Richardson, Esq.
Attorney for Plaintiffs
MEDIATECHNICS SYSTEMS, INC.
RICHARD D. WILSON




_____
Christian J. Martinez, Esq.
Attorneys for Defendants
Word Tech Systems, Inc., CopyPro, Inc.
David Miller



_____
Richard Esty Peterson, Esq.
Attorneys for Defendants
Word Tech Systems, Inc., CopyPro, Inc.
David Miller


**IT IS SO ORDERED.**


DATE:

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

REVIEWED AND STIPULATED TO BY:

_____
Daniel R. Richardson, Esq.
Attorney for Plaintiffs
MEDIATECHNICS SYSTEMS, INC.
RICHARD D. WILSON


/s/ Christian J. Martinez
_____
Christian J. Martinez, Esq.
**Attorneys for Defendants**
Word Tech Systems, Inc., CopyPro, Inc.
David Miller


/s/
_____
Richard Esty Peterson, Esq.
**Attorneys for Defendants**
Word Tech Systems, Inc., CopyPro, Inc.
David Miller


**IT IS SO ORDERED.**

DATE:  September 17, 2007

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ORDER RE: SCHEDULE FOR CLAIM CONSTRUCTION           3