IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDIA TECHNICS SYSTEMS INC.,
a California corporation, and RICHARD
D. WILSON, an individual,

    Plaintiffs,

v.

WORDTECH SYSTEMS INC.,
a California corporation, COPYPRO,
INC., a California corporation, and
DAVID MILLER, an individual,

    Defendants.
                                        /

No. C 07-02277 WHA

**ORDER REQUIRING PLAINTIFF RICHARD WILSON TO APPEAR AT HEARING**

The hearing on Attorney Daniel Richardson's motion to withdraw as attorney of record will remain as scheduled on March 20, 2008. Plaintiff Richard Wilson is ordered to appear at the hearing. Mr. Richardson shall make his best efforts to ensure that Mr. Wilson appears.

**IT IS SO ORDERED.**

Dated: February 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE