IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDIATECHNICS SYSTEMS INC,

    Plaintiff,

v.

WORDTECH SYSTEMS INC,

    Defendant.

No. C-07-02277 WHA (EDL)

**ORDER DENYING REQUEST TO CONTINUE SETTLEMENT CONFERENCE**

On February 11, 2008, Plaintiff's counsel, Mr. Richardson, sought a continuance of the February 21, 2008 settlement conference in this matter in light of counsel's pending motion to withdraw, which is noticed for hearing on March 20, 2008. The request to continue is denied. Because Judge Alsup has not yet ruled on counsel's recently-filed motion to withdraw, Mr. Richardson remains counsel of record and shall appear at the settlement conference. Mr. Richardson shall ensure that his client has notice of the settlement conference and shall make every effort to ensure that his client's principal appears in person at the conference, as required by the Court's Order setting the settlement conference.

**IT IS SO ORDERED.**

Dated: February 14, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge