1 | CHRISTIAN J. MARTINEZ (State Bar No. 215360)
2500 Dean Lesher Drive, Suite A
2 | Concord, CA 94520
Telephone: (925) 689-1200
3 | Facsimile: (925) 689-1263
cmartinez@copypro.com
4
RICHARD ESTY PETERSON (State Bar No. 41013)
5 | 1905-D Palmetto Avenue
Pacifica, CA 94044
6 | Telephone: (650) 557-5708
Facsimile: (650) 557-5716
7
Attorneys for Defendants WORDTECH SYSTEMS, INC.,
8 | COPYPRO, INC. AND DAVID MILLER.

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | MEDIATECHNICS SYSTEMS, INC. a California
corporation, and RICHARD D. WILSON, an | Case No.: C 07-02277 WHA
15 | individual, | **FINAL JUDGMENT AND ORDER**
**THEREON**
16 | Plaintiffs,

17 | v.

18 | WORDTECH SYSTEMS, INC., a California | **JUDGE: HON. WILLIAM ALSUP**
corporation, COPYPRO, INC., a California | **TRIAL: NOVEMBER 17, 2008**
19 | corporation and DAVID MILLER, an individual; | **JURY TRIAL DEMANDED.**
and DOES 1-10,
20
Defendants.
21

22 | AND RELATED CROSS CLAIMS

23

24 | WORDTECH SYSTEMS, INC., COPYPRO INCORPORATED, and DAVID MILLER

25 | (Collectively, "Defendants/Cross-Claimants") and MEDIATECHNICS and RICHARD D. WILSON

26 | (Collectively, "Plaintiffs/Cross-Defendants") on *April 21, 2008* having settled this action, the Settlement

27 | Agreement and License Agreement being incorporated herein by reference but not merged with the

28 | order, hereby stipulate:

FINAL JUDGMENT AND ORDER (Case No.: C 07-02277 WHA) - 1

1  1.     The Final Judgment and Order on Plaintiffs' Complaint for (1) Declaratory Judgment of Non-

2  Infringement; (2) Patent Invalidity; (3) Interference with Prospective Economic Advantage; (4)

3  Rescission; (5) Unjust Enrichment; and (6) Misrepresentation be entered against Plaintiffs/Cross-

4  Defendants and in favor of Defendants/Cross-Claimants.

5  2.     The Final Judgment and Order on Defendant/Cross-Claimants' Cross-Claims for (1) Breach of

6  Confidential Relationship; (2) Breach of Contract; (3) Misappropriation of Trade Secrets; (4)

7  Infringement of Patent 6,141,298; (5) Infringement of Patent 6,532,198; (6) Infringement of Patent

8  6,822,932; (7) Infringement of Patent 7,145,841; and (8) Unfair Business Practices be entered against

9  Plaintiffs/Cross-Defendants and in favor of Defendants/Cross-Claimants.

10  3.     Plaintiffs/Cross-Defendants shall pay Defendants/Cross-Claimants $589,060 under the terms of

11  the Settlement Agreement.  Plaintiffs/Cross-Defendants acknowledge the validity of the patents-in-

12  dispute and infringement by Plaintiffs/Cross-Defendants disc duplication machines.

13  4.     All parties shall be dismissed without prejudice upon full execution of the Settlement

14  Agreement.

15  5.     Plaintiffs/Cross-Defendants and Wordtech Systems Inc. have entered into a Settlement

16  Agreement, which is personally guaranteed by Richard D. Wilson.

17  6.     Plaintiffs/Cross-Defendants rescinded a prior Settlement and License Agreement (Attached to

18  the Complaint as Exhibit A), as of the filing of the Complaint on April 26, 2007, resulting in

19  unlicensed disc duplication machines and infringement of the patents-in-dispute.

20  7.     The terms of the Settlement Agreement are hereby sealed.

21  IT IS SO ORDERED.

IT IS SO ORDERED

Judge William Alsup

22  DATE:   April 29, 2008.

_____
JUDGE

23  APPROVED AS TO FORM:

24  _____        DATE:  4/23/2008

DANIEL RICHARDSON

25  Counsel For Plaintiffs/Cross-Defendants,
Mediatechnics and Richard D. Wilson.

26

27  //

28  //

1   APPROVED AS TO FORM:

2   _____          DATE: *April 21, 2008*
    CHRISTIAN J. MARTINEZ
3   Counsel For Defendants/Cross-Claimants,
    Wordtech Systems Inc., Copypro, Inc.,
4   And David Miller

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28